IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

AMERICAN CAPITAL EQUIPMENT, LLC
and SKINNER ENGINE COMPANY, INC.,

Debtors.
----------------------------------------------------------------

AMERICAN CAPITAL EQUIPMENT, LLC
And SKINNER ENGINE COMPANY, INC.

Appellants,

v.

ALLIANZ GLOBAL RISK US
INSURANCE CO. et al.,

Appellees.
----------------------------------------------------------------

WILLARD E. BARTEL, THE ADMINISTRATOR
OF THE ESTATE OF VERNON E. SWETLICK,

Appellant,

v.

TRAVELERS CASUALTY AND SURETY
CO. f/k/a THE AETNA CASUALTY AND
SURETY CO.

Appellees.

Jointly Admin.
Bankruptcy Case No. 01-23987

Chapter 7

Case No. 09 -cv-886 (GLL)

Case No. 09 -cv-887 (GLL)

## ORDER

AND NOW, this 24th day of July, 2009, on joint motion of the parties, IT IS HEREBY

ORDERED that the motion is GRANTED and the above-captioned cases are consolidated

for briefing and case management purposes at Case No. 09-cv-886 (GLL). All subsequent pleadings

are to be filed only at that number and the Clerk shall mark Case No. 09-cv-887 (GLL) closed

and briefing shall proceed as follows:

        a.    The Appellants shall file and serve the opening brief by September 10, 2009.

        b.    The Appellees shall file and serve responsive briefs by November 10, 2009.

c.    The Appellants shall file and serve their replies by December 10, 2009.


HON. GARY L. LANCASTER

2