IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>AMERICAN CAPITAL EQUIPMENT, LLC<br>and SKINNER ENGINE COMPANY, INC.,<br>          Debtors.<br>---<br>AMERICAN CAPITAL EQUIPMENT, LLC<br>and SKINNER ENGINE COMPANY, INC.<br>          Appellants,<br>    v.<br>ALLIANZ GLOBAL RISK US<br>INSURANCE CO.; et al.,<br>          Appellees. | Jointly Consolidated at<br>Case No. 09-cv-886 (GLL) |

**ORDER GRANTING TRAVELERS CASUALTY AND
SURETY COMPANY LEAVE TO FILE APPENDIX TO BRIEF**

Upon the Motion of Travelers Casualty and Surety Company (the "Motion") seeking to file an Appendix to their November 10, 2009 Opposition to the Appellant's Brief filed by Skinner Engine Company, Inc. on September 10, 2009, and the Opening Brief of Appellant Willard E. Bartel, Administrator of the Estate of Vernon E. Swetlick filed on September 10, 2009, Travelers' Opposition Brief is hereby supplemented with the Appendix attached to their Motion as "Exhibit A."

_____
United States District Judge
12/16/09